| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/14/2020 |

CHAWNTANE BRACEY,

                Plaintiff,

-against-

DANIEL WAINSTEIN AND JENNIFER WAINSTEIN,

                Defendants.

1:19-cv-10356

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    A review of court records indicates that the complaint in this action was filed on November 7, 2019, and that no proof of service of the summons and complaint has been filed. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

    The plaintiff is directed to serve the summons and complaint on the defendant on or before March 13, 2020. If service has not been made on or before March 13, 2020, and if plaintiff fails to show cause, in writing, why service has not been made, the complaint will be dismissed, for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure. The Initial Conference scheduled for February 24, 2020 is hereby adjourned sine die.

SO ORDERED.

Dated: New York, New York
       February 14, 2020

                                                         MARY KAY VYSKOCIL
                                                       United States District Judge