UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAWNTANE BRACEY,

                Plaintiff,

-against-

DANIEL WAINSTEIN and JENNIFER WAINSTEIN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/18/2021

1:19-cv-10356 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On November 18, 2021, the Court held a Post Discovery Conference. The Court denied Plaintiff's motion to compel [ECF No. 36]. As discovery is closed and the parties do not intend to file motions for summary judgment, the Court advised the parties that it will request a slot for a jury trial to take place in the second quarter of 2022. By December 3, 2021, the parties shall file a joint letter (1) advising the Court of any dates in the second quarter on which they are truly unavailable, and (2) proposing a schedule for the submission of pretrial filings.

**SO ORDERED.**

**Date: November 18, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**