**Dealy Silberstein & Braverman, LLP**

225 Broadway, Suite 1405
New York, New York 10007
T: (212) 385-0066   F: (212) 385-2117
dsblawny.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2022

William J. Dealy (1946-2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Amanda E. Maguire
Maria Louisa Bianco
_____
Albert J. Soler
Of Counsel

February 24, 2022

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

> **Granted. SO ORDERED.**
>
> Date: **March 3, 2022**
> New York, New York
>
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge

**Re:   Chawntane Bracey v. Daniel Wainstein and Jennifer Wainstein**
       **S.D.N.Y. Case No. 19-CV-10356-MKV**

Dear Judge Vyskocil:

This firm represents Defendants Daniel Wainstein and Jennifer Wainstein (collectively, the "Defendants") in connection with the referenced matter. This letter is submitted jointly with Plaintiff's counsel.

I write to request a two (2) week extension of time, through and including March 15, 2022, for the parties to submit the Joint Pre-Trial Order and pre-trial submissions which are presently due to Your Honor on March 1, 2022. This is the first request for an extension of time to submit pre-trial materials. Previous requests for extensions to complete discovery were granted. This matter has not yet been assigned a trial date and the extension of time will not affect any other scheduled dates in this matter.

We thank the Court for its attention to this matter.

Respectfully Submitted,

Maria Louisa Bianco

cc:   All parties via ECF

---

Long Island Location: 24 Summit Boulevard, Westhampton, New York 11977 - T: (631) 998-0512