

```
                                USDC SDNY
                                DOCUMENT
                                ELECTRONICALLY FILED
                                DOC #:_____
                                DATE FILED: 5/25/2022
```

225 Broadway, Suite 1405<br>
New York, New York 10007<br>
T: (212) 385-0066  F: (212) 385-2117<br>
dsblawny.com

William J. Dealy (1946-2012)             Amanda E. Maguire
Milo Silberstein                       Maria Louisa Bianco
Marc D. Braverman                Erica J. Weser
Laurence J. Lebowitz

                                                    Albert J. Soler
                                                         Of Counsel

May 24, 2022

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

                    **Re:**     **Chawntane Bracey v. Daniel Wainstein and Jennifer Wainstein**
                                 **S.D.N.Y. Case No. 19-CV-10356-MKV**

Dear Judge Vyskocil:

       This firm represents Defendants Daniel Wainstein and Jennifer Wainstein (collectively, the "Defendants") in connection with the referenced matter. Plaintiff's counsel consents to Defendants' request.

       We write to request an adjournment of the trial scheduled by Your Honor beginning on June 14, 2022. Since the parties provided the Court with availability for a trial in this matter on December 3rd, several conflicts have arisen. Defense counsel is now unavailable the week of June 14, 2022.

       The parties conferred and are unavailable until September 19, 2022. Thereafter, defense counsel is unavailable on the Jewish holidays of Rosh Hashanah (September 26th and 27th) and Yom Kippur (October 5th). Additionally, Defense counsel begins a trial in the Southern District of New York on October 11th and will be unavailable until October 31st.

We thank the Court for its attention to this matter.

Respectfully Submitted,

*Maria Louisa Bianco*

Maria Louisa Bianco

cc: All parties via ECF

**GRANTED. The trial currently scheduled to begin on June 14, 2022 is hereby adjourned. By separate order, the Court will refer this case to the assigned magistrate judge for settlement. Within three business days of any settlement conference the Parties are directed to file a joint status letter regarding the status, but not substance, of the settlement conversations. SO ORDERED.**

Date: 5/25/2022
New York, New York

Mary Kay Vyskocil
United States District Judge