UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/4/2022____
```

CHAWNTANE BRACEY,

                         Plaintiff,

         -against-

DANIEL WAINSTEIN and JENNIFER
WAINSTEIN,

                         Defendants.

1:19-cv-10356 (MKV)

ORDER SCHEDULING TRIAL

MARY KAY VYSKOCIL, United States District Judge:

        The Court has scheduled this case for trial several times, and, each time, Defendants have

requested an adjournment with Plaintiff's consent [ECF Nos. 47, 48, 54, 55; *see also* ECF No. 40].

Accordingly, IT IS HEREBY ORDERED that the jury trial in this case will begin on November

9, 2022.  If the parties do not make themselves available to try this case on that date, the case will

be dismissed for failure to prosecute, and the defense will be sanctioned for failure to comply with

court orders.  The Final Pretrial Conference is November 1, 2022 at 12:00 p.m.

        The Clerk of Court respectfully is requested to terminate the letter motion pending at

docket entry 55.

**SO ORDERED.**

**Date:  August 4, 2022**
**        New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**