```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| CHAWNTANE BRACEY,<br><br>                    Plaintiff,<br><br>-against-<br><br>DANIEL WAINSTEIN and JENNIFER WAINSTEIN,<br><br>                    Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/20/2022<br><br>1:19-cv-10356 (MKV)<br><br>ORDER OF DISMISSAL |

**MARY KAY VYSKOCIL, United States District Judge:**

The Court is in receipt of a letter from the defendants, on behalf of all parties, stating that the parties have reached a settlement in principle [ECF No. 57]. Accordingly, IT IS HEREBY ORDERED that the above-captioned case is discontinued without costs to any party and without prejudice to restoring the case to this Court's calendar if the application to restore is made by November 21, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines, including the jury trial that was scheduled to begin on November 9, 2022, are adjourned *sine die*.

**SO ORDERED.**

**Date:  October 20, 2022**
     **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**